

FILED
CLERK, U.S. DISTRICT COURT
APR -9 2010
CENTRAL DISTRICT OF CALIFORNIA
BY                             DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WALTER COBB, ) <br> ) <br> Defendant. ) <br> ) | NO.: CR 09-370 <br><br> ORDER OF DETENTION AFTER HEARING <br> [Fed.R.Crim.P. 32.1(a)(6); <br> 18 U.S.C. 3143(a)] |

The defendant having been arrested in this district pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violation(s) of the terms and conditions of his supervised release and failure to appear at a revocation hearing regarding such violations; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.   (X)   The defendant has not met his burden of establishing by

Deten[2].ord

1 | clear and convincing evidence that he is not likely to flee if
2 | released under 18 U.S.C. § 3142(b) or (c). This finding is
3 | based on his failure to proffer any evidence to meet his burden
4 | on this issue and on his alleged failure to appear as required
5 | for a hearing regarding the revocation of his supervised
6 | release;
7 | and
8 | B. (X) The defendant has not met his burden of establishing by
9 | clear and convincing evidence that he is not likely to pose a
10 | danger to the safety of any other person or the community if
11 | released under 18 U.S.C. § 3142(b) or (c). This finding is
12 | based on his failure to proffer any evidence to meet his burden
13 | on this issue and on his criminal history.

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

DATED: April 9, 2010

_____
MARGARET A. NAGLE
United States Magistrate Judge

Deten[2].ord

2